**Appeal Dismissed and Memorandum Opinion filed August 27, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00509-CV

### LAWRENCE D. PENNONI, Appellant

### V.

### MICHAEL E. BEARD, BETH M. BEARD, JAMES F. HALLEY IV, ADELA GARCIA, DAVID O. CRAIG, AND WWBRS INVESTMENTS LLC, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2018-90739**

## MEMORANDUM OPINION

The notice of appeal was filed June 20, 2019. To date, our records show that appellant has not paid the appellate filing fee, and appellant has filed no evidence that he is excused by statute or the Texas Rules of Appellate Procedure from paying costs. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207.

On July 30, 2019, this court ordered appellant to pay the appellate filing fee

on or before August 9, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Hassan.